UNITED SATES BANKRUPTCY COURT
NORTH DISTRICT OF GEORGIA
ROME DIVISION

In Re:                                                                Case No. R03-43955-MGD

EUREKA DENISE OWENS
745 GRASSDALE RD
CARTERSVILLE, GA 30121

SSN#1: XXX-XX-9017

## FINAL REPORT AND ACCOUNT

Case Filed On: 12/09/2003      Plan Confirmed Date: 2/11/2004      Case concluded on: 05/09/2007

THIS CASE IS PAID IN FULL.
Mary Ida Townson has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.
Copies of these detailed records are incorporated by reference in this report.

DIVIDENDS TO UNSECURED CREDITORS.... 100.00 %

RECEIPTS: $28,148.60
Amount paid to the Trustee by or for the Debtor for the benefit of creditors.

| DISBURSEMENTS TO CREDITORS: | | CLAIM AMOUNT | PRIN PAID | INT PAID | TOTAL PAID BY TRUSTEE | PAID DIRECT | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| ALPHA CREDIT | S | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ALPHA CREDIT INC. | U | $724.00 | $724.00 | $0.00 | $724.00 | $0.00 | $0.00 |
| BARTOW LOAN | U | $1,847.00 | $1,847.00 | $0.00 | $1,847.00 | $0.00 | $0.00 |
| CAPITAL ONE | U | $971.36 | $971.36 | $0.00 | $971.36 | $0.00 | $0.00 |
| CAPITAL ONE | U | $790.24 | $790.24 | $0.00 | $790.24 | $0.00 | $0.00 |
| CARD PROCESSING CENTER | U | $889.54 | $889.54 | $0.00 | $889.54 | $0.00 | $0.00 |
| Check Into Cash, Inc. | U | $300.00 | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 |
| CITIFINANCIAL | U | $5,857.97 | $5,857.97 | $0.00 | $5,857.97 | $0.00 | $0.00 |
| CITIFINANCIAL | S | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| EMORY CARTERSVILLE | U | $1,096.31 | $1,096.31 | $0.00 | $1,096.31 | $0.00 | $0.00 |
| FAMILY SAVINGS | S | $1,709.47 | $1,709.47 | $130.31 | $1,839.78 | $0.00 | $0.00 |
| FIRST AMERICAN FINANCIAL SERV | U | $472.00 | $472.00 | $0.00 | $472.00 | $0.00 | $0.00 |
| FIRST FRANKLIN FINANCE   C | S | $3,250.00 | $3,250.00 | $754.00 | $4,004.00 | $0.00 | $0.00 |
| RUBY & ASSOCIATES | S | $500.00 | $500.00 | $54.18 | $554.18 | $0.00 | $0.00 |
| RUBY & ASSOCIATES | U | $4.27 | $4.27 | $0.00 | $4.27 | $0.00 | $0.00 |
| SECURITY FINANCE | U | $864.73 | $864.73 | $0.00 | $864.73 | $0.00 | $0.00 |
| SECURITY FINANCE | S | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SOUTHLAND FINANCE | U | $1,248.00 | $1,248.00 | $0.00 | $1,248.00 | $0.00 | $0.00 |
| THE CASH STORE OF CARTERSVILLE | U | $445.00 | $445.00 | $0.00 | $445.00 | $0.00 | $0.00 |
| W.S. BADCOCK | S | $627.43 | $627.43 | $121.15 | $748.58 | $0.00 | $0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL U/S | DEBTOR REFUND | TOTAL |
|---|---|---|---|---|---|
| Amt Allowed | $6,086.90 | $0.00 | $15,510.42 | $1,626.12 | $23,223.44 |
| Principal Paid | $6,086.90 | $0.00 | $15,510.42 | $1,626.12 | $23,223.44 |
| Interest Paid | $1,059.64 | $0.00 | $0.00 | | $1,059.64 |
| Direct Paid | $0.00 | $50.00 | $0.00 | | $50.00 |

TOTAL PAID PLUS PAID DIRECT  $24,333.08

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| Filing Expense | Noticing Expense | Trustee Expense |
|---|---|---|
| $144.00 | $0.00 | $1,221.52 |

OTHER DISBURSEMENTS UNDER ORDER OF THE COURT:

| Debtor's Attorney | Fee Allowed | Fee Paid |
|---|---|---|
| R. JEFFREY FIELD & ASSOCIATES | $2,500.00 | $2,500.00 |

WHEREFORE, Mary Ida Townson respectfully shows this Court that the estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

Dated: 07/27/2007

/s/
Mary Ida Townson, Chapter 13 Trustee
State Bar No. 715063